Date: 11/15/10     DIVIDENDS REMITTED TO THE COURT     #151323     Page: 1

Case Number 10-13106 - MALONEY, ALYESHA MARIE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| North Ohio Heart Center<br>PO Box 834<br>Lorain OH 44052-0834 | 000001 | 200.00 ck 103 | 2.39 |
| American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | 000002 | 274.78 ck 104 | 3.28 |
| Remittance Total | | 474.78 | 5.67 |

LAUREN A. HELBLING, Trustee



FILED 2010 NOV 16 PM 3:37 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND